# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2314. ALVIN CROSS JR. v. AUTOVEST, LLC.**

This appeal was docketed on August 11, 2015.  To date, the appellant has not filed a brief as required by Court of Appeals Rule 23 (a).  Accordingly, appellant's appeal is hereby dismissed pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/13/2015
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*